**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____

PFIZER, INC.,                          :
                                       :
          Plaintiff                    :
                                       :
     v.                                :          Civil Action No. 09-00179(FSH)
                                       :
WWW.1MEDS.COM, et, al.                 :
                                       :
                                       :                    **ORDER**
          Defendant                    :          _____
_____ :
_____

_____This matter is before the Court on the plaintiff's motion to serve the defendants via fax and email;

          and the Court having considered the plaintiff's submissions and the governing law;

          and for the reasons set forth in the Opinion delivered on February 20, 2009[1];

          IT IS ON THIS 20th day of February, 2009

          ORDERED that plaintiff's motion [Docket Entry No. 6] is denied without prejudice; and

          IT IS FURTHER ORDERED that the plaintiff has leave to serve subpoenas to attempt to identify physical addresses at which defendants can be served.  If the motion to serve via fax and/or email is refiled, then plaintiff shall include the results of such investigation and a proposal for establishing process was served upon the intended recipient.

                         s/Patty Shwartz_____
                         **UNITED STATES MAGISTRATE JUDGE**

_____

          [1] If the parties want to obtain a copy of the Opinion, then the party may contact Chambers for information.

-1-